IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALBERTO RODRIGUEZ, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:18-CV-89 |
| | § | |
| RICHARD SCHMIDT, *et al*, | § § | |
| Defendants. | § § | |

## ORDER

The Court is in receipt of Defendant Dr. Richard Schmidt's ("Schmidt") Motion for Summary Judgment, Dkt. No. 29; Plaintiff's Motion for Summary Judgment, Dkt. No. 31; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 33; and Plaintiff's Objections to the M&R, Dkt. No. 37.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 33. The Court **GRANTS** Defendant Schmidt's Motion for Summary Judgment, Dkt. No. 29; **DENIES** Plaintiff's Motion for Summary Judgment, Dkt. No. 31; and **DISMISSES WITH PREJUDICE** Defendant John Doe. This case is therefore **DISMISSED WITH PREJUDICE**.

Final judgment will be entered separately.

SIGNED this 27th day of September, 2019.

_____
Hilda Tagle
Senior United States District Judge

1 / 1